```
                                          FILED
                                     U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                     2000 JAN 26  P 1:29

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
BERRIGAN, J.
JANUARY 26, 2000

| | |
|---|---|
| STEPHANIE BYES, ETC. | CIVIL ACTION |
| VERSUS | NO. 00-198 |
| WAL-MART STORES, INC. | SECTION "C" |

 IT IS ORDERED that the parties shall submit memoranda directed to the following issue no later than February 18, 2000:

 Did the minimum jurisdictional amount exist at the time this action was removed?

DATE OF ENTRY  JAN 2 6 2000

