FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -9 A 11: 29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHANIE BYES ON BEHALF OF HER MINOR SON, BRANDON BYES | * * * | CIVIL ACTION NO. 00-198 |
| VERSUS | * * | JUDGE BERRIGAN |
| WAL-MART STORES, INC., HUFFY SERVICE FIRST, INC. And BRUNSWICK CORPORATION | * * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, come Stephanie Byes on behalf of her minor son, Brandon Byes, plaintiff, and defendant, Wal-Mart Stores, Inc., and upon suggesting to the court that plaintiff has propounded certain discovery requests to the defendant calling for the production of information pertaining to policies, procedures, employee manuals and related documents of the Wal-Mart store relative to the time of the incident made subject of the present litigation, and upon further suggesting to the court that defendant desires, and is entitled to a protective order prohibiting the plaintiff from using, distributing, disseminating, or in any way revealing the information and/or documents provided by defendant in its discovery responses to any other person, party or entity outside the strict confines

DATE OF ENTRY
MAY 17 2000

CERTIFICATE OF SERVICE

[signature] MAY 9 /00

Process __
X Dktd __
CtRmDep __
Doc.No. __

of the present litigation, and further ordering plaintiff to return to the defendant any and all documents produced relative to the same at the termination of the present litigation;

It is respectfully requested that the court issue an order in the above respects.

Respectfully submitted,

_____
Laura E. Fahy
McArdle & Fahy
614 Tchoupitoulas Street
New Orleans, LA 70130
(504)524-4407
Attorney for Plaintiff

_____
THOMAS P. ANZELMO #2533
CAMPBELL, MCCRANIE, SISTRUNK,
 ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHANIE BYES ON BEHALF OF<br>HER MINOR SON, BRANDON BYES | * * * | CIVIL ACTION NO. 00-198 |
| VERSUS | * * | JUDGE BERRIGAN |
| WAL-MART STORES, INC.,<br>HUFFY SERVICE FIRST, INC. And<br>BRUNSWICK CORPORATION | * * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing:

**IT IS ORDERED**, that the plaintiff herein be prohibited from using, distributing, disseminating or in any way revealing the information and documents produced by the defendant, Wal-Mart Stores, Inc., in its response to discovery requests, as the same relates to policies, procedures, employee manuals and related documents of the Wal-Mart store relative to the time of the incident made subject of the present litigation, to any other persons, party or entity outside the strict confines of the present litigation;

**IT IS FURTHER ORDERED**, that the plaintiff return to the defendant at the conclusion of the present litigation any and all documents produced by the defendant in the above respect.

New Orleans, Louisiana, this ____ day of _____, 2000.

_____
JUDGE

*Dismissed as moot. This case is no longer pending in this court.*

5·16·00